## D. Burnham *versus* The Savings Bank for the county of Strafford.

Where a corporation has been sued by a wrong name, the mistake may be corrected by an amendment of the writ.

In this case, the writ had been sued against the defendants by the name of " the president and trustees of the savings bank for the county of Strafford."

*F. Smith*, for the plaintiff, moved for leave to amend the writ, by striking out of the name given to the corporation, the words " *the president and trustees of.*"

*Hodgdon* and *Christie*, for the corporation.

*By the court.* The mistake in the writ is clearly amendable, and the plaintiff has leave to amend his writ. 10 Mass. Rep. 203, *Kincaid* v. *Howe*; 5 ditto, 99, *Bullard* v. *The Nantucket Bank*; 11 ditto, 338, *Sherman* v. *C. R. Bridge.*